# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

Case # 03 20336

Styled: USA v. Robert Kimbrel

# A SEALED DOCUMENT WAS FILED

Order

Document # 78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:03-CR-20336 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Jon McCalla
US DISTRICT COURT