IN THE UNITED STATES DISTRICT COURT ~~FILED BY~~ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL -5 PM 3:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

     Plaintiff,

VS.                             CR. NO. 03-20336-MI

ROBERT KIMBREL,

     Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

---

     This cause came on for a suppression hearing/report date on July 1, 2005. At that time ruling on the motion to suppress was taken under advisement, and the July 5, 2005 trial date was continued in order to allow for review of transcripts and any subsequent pending motions.

     The Court reset the trial date to August 1, 2005 with a **report date of Friday, July 22, 2005, at 9:00 a.m.**, in Courtroom 4, 9th Floor of the Federal Building, Memphis, TN.

     The period from July 15, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

     IT IS SO ORDERED this ____ day of July, 2005.

JON PHIPPS MC CALLA
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:03-CR-20336 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT